IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHERYL GILMORE,
ESTATE OF CHERYL GILMORE,
ANTONIO ROSS, JOHNNY ROSS, and
ANY AND ALL WRONGFUL DEATH
BENEFICIARIES OF CHERYL
GILMORE, DECEASED                                                                PLAINTIFFS

VS.                                           CIVIL ACTION NO.5:09cv0067-DCB-JMR

ALEX WILSON, ESTATE OF ALEX
WILSON, DECEASED, THE MUNICIPALITY
OF ST. FRANCISVILLE, LOUISIANA,
CLARENCE ROBERTS, INDIVIDUALLY
AND AS AN AGENT OF THE MUNICIPALITY
OF ST. FRANCISVILLE, LOUISIANA, SCOTT FORD,
INDIVIDUALLY AND AS THE CHIEF OF POLICE
OF THE MUNICIPALITY OF ST. FRANCISVILLE,
LOUISIANA, THE PARISH OF WEST FELICIANA,
LOUISIANA, MARK DAIGLE, INDIVIDUALLY
AND AS AN AGENT OF THE PARISH OF WEST
FELICIANA, LOUISIANA, J. AUSTIN DANIEL,
INDIVIDUALLY AND AS THE SHERIFF OF THE
PARISH OF WEST FELICIANA, LOUISIANA AND
THE STATE OF LOUISIANA                                                           DEFENDANTS

## AGREED ORDER GRANTING VOLUNTARY
## DISMISSAL WITH PREJUDICE

**THIS DAY THIS CAUSE** came on for hearing on joint motion, *ore tenus*, of the Plaintiffs, CHERYL GILMORE, ESTATE OF CHERYL GILMORE, ANTONIO ROSS, JOHNNY ROSS, and ALL WRONGFUL DEATH BENEFICIARIES OF CHERYL GILMORE, DECEASED, and Defendant, STATE OF LOUISIANA, and the Court having heard and considered same, and being fully advised in the premises, finds that said Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant, STATE OF LOUISIANA, is hereby dismissed from this action, with prejudice, with each party bearing its own costs.

**SO ORDERED AND ADJUDGED**, this the 28th day of September, 2009.

_____
U. S. DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
AL SHIYOU
VICTOR A. DUBOSE
SHIYOU LAW FIRM
P. O. BOX 310
HATTIESBURG, MS 39403

L. IVAN BURGHARD
310 W. Pine Street
Hattiesburg, MS 39401

Attorneys for the Plaintiff

_____
LUCIEN C. GWIN, JR.
GWIN, LEWIS & PUNCHES, LLP
P. O. BOX 1344
NATCHEZ, MS 39120

DAVID S. CRAWFORD
WILKERSON & CRAWFORD
P. O. Box 1017
Woodville, MS 39669

ATTORNEYS FOR STATE OF LOUISIANA